UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
            Debtors.                                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :   08 Civ. 2449 (RMB)
COMPANY,                                                    :
                                                            :
            Appellants,                                     :   **CORPORATE DISCLOSURE**
                                                            :   **STATEMENT PURSUANT TO**
   - against -                                              :   **RULE 7.1 OF THE FEDERAL**
                                                            :   **RULES OF CIVIL PROCEDURE**
DELTA AIR LINES, INC., et al.,                              :
                                                            :
            Appellees.                                      :
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Bell Atlantic Tricon Leasing Corporation, NCC Golf Company, NCC Key Company, and NCC Charlie Company by and through their undersigned counsel hereby certify the following:

1. Verizon Capital Corp., which is not publicly held, is the direct parent of NCC Golf Company, NCC Key Company, and NCC Charlie Company.

2. Bell Atlantic Capital Corporation, which is not publicly held, is the direct parent Bell Atlantic Tricon Leasing Corporation.

3. Verizon Communications, Inc., is a publicly held corporation and is the indirect parent of Bell Atlantic Tricon Leasing Corporation, NCC Golf Company, NCC Key Company, and NCC Charlie Company.

Dated: New York, New York
       March 18, 2008

                            HUNTON & WILLIAMS LLP

                         By:   */s/ Scott H. Bernstein*
                               Peter S. Partee
                               Scott H. Bernstein
                               200 Park Avenue, 53rd Floor
                               New York, New York 10166-0136
                               (212) 309-1000 (telephone)
                               ppartee@hunton.com
                               sbernstein@hunton.com

                                     -and-

                               Benjamin C. Ackerly
                               Jason W. Harbour
                               Riverfront Plaza, East Tower
                               951 East Byrd Street
                               Richmond, Virginia 23219-4074
                               (804) 788-8200 (telephone)
                               backerly@hunton.com
                               jharbour@hunton.com

                      *Attorneys for Bell Atlantic Tricon Leasing*
                      *Corporation, NCC Golf Company, NCC Key*
                      *Company and NCC Charlie Company*

**DECLARATION OF SERVICE**

I, Scott H. Bernstein, hereby declare, pursuant to 28 U.S.C. § 1746, that on March 18, 2008, I caused a true and complete copy of the attached *Corporate Disclosure Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure* to be served via First Class mail, United States Postal Service, postage prepaid upon (i) Debevoise & Plimpton, LLP, Attn: Michael E. Wiles, Esq., 919 Third Avenue, New York, N.Y. 10022 and (ii) Vedder Price P.C., Attn: Michael James Edelman, Esq., 1633 Broadway, 47th Floor, New York, N.Y. 10019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
March 18, 2008             */s/ Scott H. Bernstein*
                                              Scott H. Bernstein