RECEIVED 3/18/08

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :
DELTA AIR LINES, INC., et al.,                      :      Chapter 11
                                                    :      Case No. 05-17923 (ASH)
                    Debtors.                        :      (Jointly Administered)
                                                    :
------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                        :
CORPORATION, NCC GOLF COMPANY, NCC                  :
KEY COMPANY, and NCC CHARLIE                        :      08 Civ. 2449 (RMB)
COMPANY,                                            :
                                                    :
                    Appellants,                     :      **MOTION TO ADMIT**
                                                    :      **JASON W. HARBOUR AS**
     - against -                                    :      **COUNSEL *PRO HAC VICE***
                                                    :
DELTA AIR LINES, INC., et al.,                      :
                                                    :
                    Appellees.                      :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott H. Bernstein a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Jason W. Harbour |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Phone Number: | (804) 788-7233 |
| Fax Number: | (804) 788-8218 |

Jason W. Harbour is a member in good standing on inactive status of the bar of the State of Delaware (admitted in March 2002) and a member in good standing of the Virginia State Bar

(admitted in November 2004). Annexed hereto as <u>Exhibit 1</u> are Certificates of Good Standing issued by the Supreme Court of the State of Delaware and the Virginia State Bar.

There are no pending disciplinary proceedings against Jason W. Harbour in any State or Federal court.

Dated: March 14, 2008
City, State: New York, New York

                                            Respectfully submitted,

Scott H. Bernstein
SDNY Bar Code:    SB-8966
Firm Name:          Hunton & Williams LLP
Address:             200 Park Avenue, 53rd Floor
City/State/Zip:      New York, New York 10166
Phone Number:    (212) 309-1000
Fax Number:       (212) 309-1100

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re:                                                     :
                                                           :
DELTA AIR LINES, INC., et al.,                             :    Chapter 11
                                                           :    Case No. 05-17923 (ASH)
                    Debtors.                               :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x
                                                           :
BELL ATLANTIC TRICON LEASING                               :
CORPORATION, NCC GOLF COMPANY, NCC                         :
KEY COMPANY, and NCC CHARLIE                               :    08 Civ. 2449 (RMB)
COMPANY,                                                   :
                                                           :
                    Appellants,                            :    AFFIDAVIT OF
                                                           :    SCOTT H. BERNSTEIN
         - against -                                       :    IN SUPPORT OF MOTION TO
                                                           :    ADMIT JASON W. HARBOUR
DELTA AIR LINES, INC., et al.,                             :    AS COUNSEL PRO HAC VICE
                                                           :
                    Appellees.                             :
-----------------------------------------------------------x

State of New York          )
                           )   ss:
County of New York         )
```

Scott H. Bernstein, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Hunton & Williams LLP, counsel for Appellants in the above-captioned appeal. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Appellants' motion to admit Jason W. Harbour as counsel *pro hac vice* to represent Appellants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 22, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jason W. Harbour since May of 2007.

4. Jason W. Harbour is an associate at Hunton & Williams LLP and his office is located in Richmond, Virginia.

5. I have found Mr. Harbour to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Jason W. Harbour, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jason W. Harbour, *pro hac vice* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jason W. Harbour, *pro hac vice*, to represent Appellants in the above-captioned matter, be granted.

Dated: March 14, 2008
City, State: New York, New York

Respectfully submitted,

_____
Name of Movant:   Scott H. Bernstein
SDNY Bar Code:    SB-8966

Sworn to before me this
14th day of March, 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20__

2



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JASON WILLIAM HARBOUR IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. HARBOUR** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 2004,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued March 12, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Jason William Harbour** was admitted to practice as an attorney in the Courts of this State on **March 12, 2002** and is an **inactive** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 11th day of March 2008.



Cathy L. Howard
Clerk of the Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                              Debtors.                      :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :   08 Civ. 2449 (RMB)
COMPANY,                                                    :
                                                            :
                              Appellants,                   :   **ORDER FOR ADMISSION**
                                                            :   **OF JASON W. HARBOUR**
        - against -                                         :   ***PRO HAC VICE***
                                                            :   **ON WRITTEN MOTION**
DELTA AIR LINES, INC., et al.,                              :
                                                            :
                              Appellees.                    :
------------------------------------------------------------x

Upon the motion of Scott H. Bernstein attorney for Bell Atlantic Tricon Leasing Corporation, NCC Gold Company, NCC Key Company and NCC Charlie Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jason W. Harbour |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Telephone/Fax: | (804) 788-7233 |
| Email Address: | jharbour@hunton.com |

is admitted to practice *pro hac vice* as counsel for Bell Atlantic Tricon Leasing Corporation, NCC Gold Company, NCC Key Company and NCC Charlie Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:         March __, 2008
City, State:   New York, New York


_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                            :
                                                  :
DELTA AIR LINES, INC., et al.,                    :     Chapter 11
                                                  :     Case No. 05-17923 (ASH)
                      Debtors.                    :     (Jointly Administered)
                                                  :
-----------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                      :
CORPORATION, NCC GOLF COMPANY, NCC                :
KEY COMPANY, and NCC CHARLIE                      :     08 Civ. 2449 (RMB)
COMPANY,                                          :
                                                  :
                      Appellants,                 :
                                                  :
    - against -                                   :
                                                  :
DELTA AIR LINES, INC., et al.,                    :
                                                  :
                      Appellees.                  :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

Scott H. Bernstein, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

2. On March 14, 2008, I served a true and correct copy of the *Motion to Admit Jason W. Harbour as Counsel Pro Hac Vice* and the *Motion to Admit Benjamin C. Ackerly as Counsel Pro Hac Vice* upon the parties listed below by United States Post Service First Class mail.

Michael E. Wiles, Esq.
Richard F. Hahn, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Michael J. Edelman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Dated: New York, New York
       March 14, 2008

_____
Scott H. Bernstein

Sworn to before me on this
14th day of March 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20___

2