UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :    Chapter 11
                                                            :    Case No. 05-17923 (ASH)
                                  Debtors.                  :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :    **08 Civ. 2449 (RMB)**
COMPANY,                                                    :
                                                            :
                                  Appellants,               :    **MOTION TO ADMIT**
                                                            :    **BENJAMIN C. ACKERLY AS**
           - against -                                      :    **COUNSEL *PRO HAC VICE***
                                                            :
DELTA AIR LINES, INC., et al.,                              :
                                                            :
                                  Appellees.                :
------------------------------------------------------------x

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Scott H. Bernstein a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of

|                   |                                              |
|-------------------|----------------------------------------------|
| Applicant's Name: | Benjamin C. Ackerly                          |
| Firm Name:        | Hunton & Williams LLP                        |
| Address:          | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip:   | Richmond, Virginia 23219-4074                |
| Phone Number:     | (804) 788-8479                               |
| Fax Number:       | (804) 788-8218                               |

        Benjamin C. Ackerly is a member in good standing of the bar of the Commonwealth of

Virginia (admitted in June 1968).  Annexed hereto as Exhibit 1 is a Certificate of Good Standing

issued by the Virginia State Bar.

There are no pending disciplinary proceedings against Benjamin C. Ackerly in any State

or Federal court.

Dated:          March 14, 2008
City, State:    New York, New York


                              Respectfully submitted,


                              Scott H. Bernstein
                              SDNY Bar Code:      SB-8966
                              Firm Name:          Hunton & Williams LLP
                              Address:            200 Park Avenue, 53rd Floor
                              City/State/Zip:     New York, New York 10166
                              Phone Number:       (212) 309-1000
                              Fax Number:         (212) 309-1100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :    Chapter 11
                                                            :    Case No. 05-17923 (ASH)
                                   Debtors.                 :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :    **08 Civ. 2449 (RMB)**
COMPANY,                                                    :
                                                            :
                                   Appellants,              :              **AFFIDAVIT OF**
                                                            :           **SCOTT H. BERNSTEIN**
         - against -                                        :          **IN SUPPORT OF MOTION**
                                                            :                 **TO ADMIT**
DELTA AIR LINES, INC., et al.,                              :        **BENJAMIN C. ACKERLY AS**
                                                            :          **COUNSEL *PRO HAC VICE***
                                   Appellees.               :
------------------------------------------------------------x

State of New York          )
                           )    ss:
County of New York         )


Scott H. Bernstein, being duly sworn, hereby deposes and says as follows:

1.      I am an associate at Hunton & Williams LLP, counsel for Appellants in the above-
        captioned appeal.  I am familiar with the proceedings in this case.  I make this affidavit
        based on my personal knowledge of the facts set forth herein and in support of
        Appellants' motion to admit Benjamin C. Ackerly as counsel *pro hac vice* to represent
        Appellants in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to
        practice law on January 22, 2003.  I am also admitted to the bar of the United States
        District Court for the Southern District of New York, and am in good standing with this
        Court.

3.      I have known Benjamin C. Ackerly since May of 2007.

4.    Benjamin C. Ackerly is a partner at Hunton & Williams LLP and his office is located in Richmond, Virginia.

5.    I have found Mr. Ackerly to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Benjamin C. Ackerly, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Benjamin C. Ackerly, *pro hac vice* which is attached hereto as <u>Exhibit A</u>.

WHEREFORE it is respectfully requested that the motion to admit Benjamin C. Ackerly, *pro hac vice*, to represent Appellants in the above-captioned matter, be granted.

Dated:         March 14, 2008
City, State:    New York, New York

Respectfully submitted,

Name of Movant:    Scott H. Bernstein
SDNY Bar Code:      SB-8966

Sworn to before me this
14 day of March, 2008

Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20__

2



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BENJAMIN C. ACKERLY** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. ACKERLY** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **JUNE 10, 1968,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued March 12, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :     Chapter 11
                                                            :     Case No. 05-17923 (ASH)
                                          Debtors.          :     (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :     **08 Civ. 2449 (RMB)**
COMPANY,                                                    :
                                                            :
                                          Appellants,       :     **ORDER FOR ADMISSION**
                                                            :     **OF BENJAMIN C. ACKLERY**
        - against -                                         :     ***PRO HAC VICE***
                                                            :     **ON WRITTEN MOTION**
DELTA AIR LINES, INC., et al.,                              :
                                                            :
                                          Appellees.        :
------------------------------------------------------------x

Upon the motion of Scott H. Bernstein attorney for Bell Atlantic Tricon Leasing Corporation,

NCC Gold Company, NCC Key Company and NCC Charlie Company and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin C. Ackerly |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Telephone/Fax: | (804) 788-8479 |
| Email Address: | backerly@hunton.com |

is admitted to practice *pro hac vice* as counsel for Bell Atlantic Tricon Leasing Corporation, NCC Gold Company, NCC Key Company and NCC Charlie Company in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:          March __, 2008
City, State:    New York, New York


_____
United States District/Magistrate Judge