UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                                        Debtors.            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :   08 Civ. 2449 (RMB)
COMPANY,                                                    :
                                                            :
                                        Appellants,         :
                                                            :
     - against -                                            :
                                                            :
DELTA AIR LINES, INC., et al.,                              :
                                                            :
                                        Appellees.          :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

Scott H. Bernstein, being duly sworn, deposes and says:

1.  I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

2.  On March 26, 2008, I served a true and correct copy of the *Appellants' Opening Brief on Appeal* upon the parties listed below by overnight mail and electronic mail.

Michael E. Wiles, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
mewiles@debevoise.com

Michael J. Edelman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
mjedelman@vedderprice.com

Mark Elliott, Esq.
Joshua Dorchak, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
mark.elliot@bingham.com
joshua.dorchak@bingham.com

Dated: New York, New York
March 26, 2008

_____
Scott H. Bernstein

Sworn to before me on this
26th day of March 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20__