UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

DELTA AIR LINES, INC., et al.,

                   Debtors.

-----------------------------------------------------------x

BELL ATLANTIC TRICON LEASING
CORPORATION, NCC GOLF COMPANY, NCC
KEY COMPANY, and NCC CHARLIE
COMPANY,

                   Appellants,

- against -

DELTA AIR LINES, INC., et al.,

                   Appellees.

-----------------------------------------------------------x

Chapter 11
Case No. 05-17923 (ASH)
(Jointly Administered)


08 Civ. 2449 (RMB)


ORDER FOR ADMISSION
OF BENJAMIN C. ACKLERY
*PRO HAC VICE*
ON WRITTEN MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

Upon the motion of Scott H. Bernstein attorney for Bell Atlantic Tricon Leasing Corporation, NCC Gold Company, NCC Key Company and NCC Charlie Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin C. Ackerly |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Telephone/Fax: | (804) 788-8479 |
| Email Address: | backerly@hunton.com |

is admitted to practice *pro hac vice* as counsel for Bell Atlantic Tricon Leasing Corporation, NCC Gold Company, NCC Key Company and NCC Charlie Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:       March 27 2008
City, State: New York, New York

_____
United States District ~~Magistrate~~ Judge

2

60228.00010 HW_US 25478587v1