**VEDDER PRICE P.C.**
Michael J. Edelman (ME-6476)
1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
David Weitman (Texas Bar No. 21116200)
Daniel I. Morenoff (Texas Bar No. 24032760)
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500
Telecopy: (214) 939-5849

*Counsel for Appellee Värde Investment Partners, L.P.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BELL ATLANTIC TRICON LEASING CORPORATION, NCC GOLF COMPANY, NCC KEY COMPANY and NCC CHARLIE COMPANY,**<br><br>                              **Appellants,**<br><br>v.<br><br>**DELTA AIR LINES, INC.,** *et al.,*<br><br>                              **Appellees.** | Case No. 08 -CV-2449(RMB)<br>(ECF Case)<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    ) SS.:
COUNTY OF NEW YORK  )

MICHAEL J. EDELMAN, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Vedder

Price P.C., counsel for Värde Investment Partners, L.P. My business address is 1633 Broadway, 47th Floor, New York, New York 10019.

   2.  On April 14, 2008, I caused copies of the following documents:

     (a)  Appellee Värde Investment Partners, L.P.'s Reservation of Rights to the Extent Any Parties Belatedly Seek Reversal or Modification of Portion of Decision and Order Denying Objections to SLV Claims; and

     (b)  Rule 7.1 Certification for Värde Investment Partners, L.P.,

to be served upon the parties identified on Exhibit A attached hereto both (a) by securely enclosing true copies of said documents in postage-prepaid envelopes and depositing such envelopes with a representative of Federal Express for overnight, courier delivery and (b) by sending true copies of said documents by electronic mail.

                   _____
                   Michael J. Edelman

SWORN TO AND SUBSCRIBED before
me this 14th day of April, 2008.

_____
Notary Public

     RENA STAVROLAKES
    COMMISSIONER OF DEEDS
    CITY ON NEW YORK #1-6840
CERTIFICATE FILED IN: NEW YORK COUNTY
   COMMISSION EXPIRES 10.01.08

2

**EXHIBIT A**

Michael E. Wiles, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
E-Mail: mewiles@debevoise.com


Scott Howard Bernstein, Esq.
Hunton & Williams, LLP
200 Park Avenue
43rd Floor
New York, NY 10166
E-Mail: sbernstein@hunton.com


Benjamin C. Ackerly, Esq.
Hunton & Williams L.L.P.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
E-Mail: backerly@hunton.com


Mark Elliott, Esq.
Joshua Dorchak, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
E-Mail: mark.Elliott@bingham.com
E-Mail: joshua.dorchak@bingham.com