UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                        Debtors.                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                                :
CORPORATION, NCC GOLF COMPANY, NCC                          :
KEY COMPANY, and NCC CHARLIE                                :   **08 Civ. 2449 (RMB)**
COMPANY,                                                    :
                                                            :
                        Appellants,                         :
                                                            :
    - against -                                             :
                                                            :
DELTA AIR LINES, INC., et al.,                              :
                                                            :
                        Appellees.                          :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

    Scott H. Bernstein, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

    2.    On April 24, 2008, I served a true and correct copy of the *Appellants' Reply Brief* upon the parties listed below by overnight mail and electronic mail.

Michael E. Wiles, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
mewiles@debevoise.com

Michael J. Edelman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
mjedelman@vedderprice.com

David Weitman, Esq.
Daniel I. Morenoff, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, L.P.
1717 Main Street, Suite 2800
Dallas, Texas 75201
david.weitman@klgates.com
dan.morenoff@klgates.com

Mark Elliott, Esq.
Joshua Dorchak, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
mark.elliot@bingham.com
joshua.dorchak@bingham.com

Dated: New York, New York
April 24, 2008

Scott H. Bernstein

Sworn to before me on this
24th day of April 2008

Notary Public

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 20 10

2